Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

WILLIAM J. CARROLL, Respondent, v. NEW YORK RACING ASSOCIATION et al., Appellants, and LUMBERMENS MUTUAL CASUALTY COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

In the Matter of CLARITA NABOZNY, Respondent, v. WILLIAM J. RAULEN, Appellant.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

In the Matter of the Claim of WALTER DMYTHRESHIN, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.—

Bergan, P. J., Herlihy, Reynolds and Taylor, JJ., concur.

(A) In the Matter of the Claim of THOMAS J. GILMARTIN, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. (B) In the Matter of the Claim of EDWARD J. WENTWORTH, JR., et al., Respondents. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.—

Bergan, P. J., Herlihy, Reynolds and Taylor, JJ., concur.

In the Matter of the Claim of ARTHUR SELLERS, Respondent. J. W. MAYS, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Bergan, P. J., Herlihy, Reynolds and Taylor, JJ., concur.

In the Matter of the Claim of BRUNO MIRANDA, Respondent. CROWN LEATHER GOODS CORP., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.